# United States Court of Appeals
## For the First Circuit

No. 19-1348

JONATHAN MULLANE,

Plaintiff, Appellant,

v.

RALPH D. GANTS; MICHELE B. HOGAN; MAURA T. HEALEY,
in both her individual and official capacities,

Defendants, Appellees.

Before

Torruella, Thompson and Barron,
Circuit Judges.

**JUDGMENT**

Entered: August 1, 2019

    Pro se Plaintiff-Appellant Johnathan Mullane appeals from the decision of the district court dismissing the underlying complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Defendant-Appellees have moved for summary affirmance.

    After our own careful de novo review of the record and the arguments presented, we agree with the district court that dismissal was in order. See Johnson v. Rodriguez, 943 F.2d 104, 107 (1st Cir. 1991) (applying plenary review under predecessor version of screening statute); Kelly v. Nortel Networks Corp., 86 Fed.Appx. 439, 439 (1st Cir. 2004) (same). The complaint sought direct review of final state court judgments. Such review is barred by 28 U.S.C. § 1257 and the Rooker-Feldman doctrine, which limit such review to the United States Supreme Court. See Tyler v. Supreme Judicial Court of Massachusetts, 914 F.3d 47 (1st Cir. 2019); Federación de Maestros de Puerto Rico v. Junta de Relaciones del Trabajo de Puerto Rico, 410 F.3d 17, 24 (1st Cir. 2005).

    While notice and an opportunity to amend the complaint are typically afforded before a screening dismissal for failure to state a claim, we cannot say that the district court erred in concluding that amending the complaint would be futile in this case.

The Defendant-Appellees' Local Rule 27.0(c) motion for summary disposition is **GRANTED,** and we **AFFIRM**. Any remaining pending motions, including the motion to stay briefing, are **DENIED** as moot.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jonathan Mullane
Cassandra Bolanos
Maura T. Healey